**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1265**

---

ALLAN L. GANT,

                              Plaintiff - Appellant,

        versus

FEDERAL BUREAU OF INVESTIGATION,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, Chief District Judge.  (CA-95-948-2)

---

Submitted:  July 2, 1998          Decided:  July 21, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Allan L. Gant, Appellant Pro Se.  Rebecca A. Betts, United States Attorney, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gant v. FBI</u>, No. CA-95-948-2 (S.D.W. Va. Feb. 12, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2